U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 3 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 6:16-CR-0033 |
| | * | 18 U.S.C. §§ 242, 2 |
| VERSUS | * | |
| | * | JUDGE MINALDI |
| ROBERT BURNS | * | MAGISTRATE JUDGE WHITEHURST |

### BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION

At all times relevant to the Bill of Information:

1. The Defendant was employed by the Iberia Parish Sheriff's Office (IPSO) as a K-9 Officer, in New Iberia, Louisiana.

2. Inmate A.D. was a pre-trial detainee housed at the Iberia Parish Jail (IPJ).

### COUNT 1

### DEPRIVATION OF RIGHTS UNDER COLOR OF LAW
### 18 U.S.C. § 242

On or about April 29, 2011, at the Iberia Parish Jail (IPJ) in the Western District of Louisiana, the Defendant, Robert Burns, while acting under color of law and while aided and abetted by others, willfully deprived A.D., a pre-trial detainee, of the right, protected and secured by the

1

Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from the use of excessive force amounting to punishment by a law enforcement officer. Specifically, the Defendant chose not to intervene as other officers assaulted A.D. in the chapel of the IPJ, despite having the opportunity to do so, and despite knowing that he had a duty to do so.

STEPHANIE A. FINLEY
United States Attorney

By: _____
JOSEPH JARZABEK, LA Bar # 07240
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:  (337) 262-6618

VANITA GUPTA
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Rights Division

By: _____
MARK BLUMBERG, Maryland Bar
Special Litigation Counsel

By: _____
TONA BOYD, Bar No. CA #270975
Trial Attorney
950 Pennsylvania, Ave, NW
Washington, DC 20530
(202) 616-3120